United States District Court
Southern District of Texas
FILED

DEC 17 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Colin Kelly KAUFMAN, Plaintiff,
v.
Charles B. FELDMAN, Defendant

IN CASE NO. B-02-223

Font: Korinna

## PLAINTIFF'S ORIGINAL
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Colin Kelly Kaufman, former plan trustee (sometimes called "Plaintiff" or "Kaufman" or "Applicant" or "Appellant" or "Former Plan Trustee"), and for his original Certificate of Interested Parties, respectfully shows the Court as follows:

1. <u>Interested Parties</u>. The following persons, none of whom are publicly held corporations, are interested parties on Plaintiff's side of the case:

   A. Colin Kelly Kaufman.

2. The following persons, none of whom are publicly held corporations, are interested parties on the defendant's side of this case:

   A. Charles B. Feldman, Debtor, P. O. Box 3266, Harlingen, TX. 7855, et ux Helen R. Feldman (same). Mr. Feldman is represented by James P. Moon, whose address is shown in the certificate of service.

   B. Feldman Valley Wide, Inc., P. O. Box 3266, Harlingen, TX. 78551

   C. Feldman Real Estate, Inc., P. O. Box 3266, Harlingen, TX. 78551.

   D. Feldman Rentals, P. O. Box 3266, Harlingen, TX. 78551

   E. Clara Feldman Properties, P. O. Box 3266, Harlingen, TX. 78551

F. Michael Boudloche, Replacement Plan Trustee, 1500 American Bk. Plaza, Corpus Christi, TX. 78475. Mr. Boudloche is represented by Mr. Schmidt, whose name and address immediately follow.

G. Michael Schmidt, 712 American Bk. Plaza, 711 No. Carancahua St., Corpus Christi, TX. 78475.

H. Charles Feldman's children and nephews and nieces, all of whom are thought to be represented by Christopher M. Weil, Weil & Petrocchi, P.C., 1900 N. Tower, LB 3674, Dallas Tx. 75201, and whose home addresses are unknown to Plaintiff at the present time:

    (1) Sam R. Feldman

    (2) Howard M. Feldman

    (3) Chad E. Feldman

    (4) Jonathan Feldlman

    (5) Laura Rivers

    (6) Mark Feldman

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully asks that the Court set this matter for hearing, hear his case, and after hearing, give judgment for Plaintiff for actual and other appropriate damages, including punitive damages, and grant such other and further relief as may be fair or just.

Respectfully submitted,

_____
Colin Kelly Kaufman, Plaintiff, in propria

personam
State Bar of Texas No. 11113000
Southern District Fed. ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662

Telephone (361) 888-8865
Telecopier (361) 888-8172

Board Certified
Business & Consumer Bankruptcy Law
Texas Board of Legal Specialization

### Certificate of Service

I certify that I had one of the personnel at this law office serve the foregoing writing (not including any writings incorporated by reference, since they were all previously served and are on file with the court) by US mail, first class postage prepaid, to the persons shown on the attached Adversary Service List, this 16th day of December, 2002.

_____
Colin Kelly Kaufman

### Adversary Service List

James P. Moon, 1660 N. Hampton Rd., Ste. 202, DeSoto, TX. 75115; FAX (469) 567-1533
Charles B. Feldman, P.O. Box 3266, Harlingen, TX. 78551.
Christopher M. Weil, Weil & Petrocchi, P.C., 1900 N. Tower, LB 3674, Dallas, TX. 75201
C. K. Kaufman, PO Box 1662, Corpus Christi, TX. 78403-1662; FAX (361) 888-8172