United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Colin Kelly KAUFMAN, Plaintiff | |
| vs. | |
| Charles B. FELDMAN, Feldman Rentals, Clara Feldman Properties, and FELDMAN REAL ESTATE, INC., Defendants | Civ. Case # B-02-223 |

## NOTICE OF FILING RETURN OF SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that on February 26, 2003, Aracely C. Espinoza served summonses in this case by certified mail, return receipt requested, sent to Charles B. Feldman, individually and as agent for service of the remaining Defendants; and also sent to James P. Moon by certified mail, return receipt requested, as attorney for Mr. Feldman the other Defendants. The returns of service are attached. The green cards, also attached, show receipt of these summonses.

Respectfully Submitted,

_____
Colin Kelly Kaufman, in propria personam
State Bar of Texas # 11113000
So. Dist. of Texas Fed. # 9242

Address of Counsel:
Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662
Telephone (361) 888-8865
Telecopier (361) 888-8172
Board Certified, Business & Consumer Bankruptcy Law
Texas Board of Legal Specialization

### Certificate of Service

I certify I sent a copy of the foregoing notice, without its enclosure, to James P. Moon, Esq., 1660 N. Hampton Rd., Ste. 202, DeSoto, TX. 75115, by first class mail, postage prepaid, this 13th day of March, 2003.

_____
Colin K. Kaufman