Charles Feldman

5

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

CA B-02-223

| Service of the Summons and Complaint was made by me [1] | DATE February 26, 2003 |
|---|---|
| NAME OF SERVER (PRINT) Aracely Espinoza | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

United States District Court
Southern District of Texas
FILED

MAR 14 2003

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: ______

☒ Other (specify): Served by certified mail, return receipt requested, addressed to defendant c/o James P. Moon, Esq., 1660 N. Hampton Rd., Ste. 202, DeSoto, TX. 75115

address of Moon

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 26, 2003
*Date*

Aracely C Espinoza
*Signature of Server*

P. O. Box 1662
Corpus Christi, TX. 78403-1662
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles B Feldman C/O
James P. Moon, ESQ
1660 N. Hampton Rd Suite 202
DeSoto, TX 75115

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Sandra Patton ☐ Agent ☐ Addressee

B. Received by (Printed Name) Sandra Patton
C. Date of Delivery 3/3/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7001 2510 0005 8980 3546

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-Z-0985

UNITED STATES POSTAL SERVICE

DALLAS TX 752
PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kaufman
PO Box 1662
Corpus Christi, TX
78403

RECEIVED
MAR 06 2003
BY:

78403+1662

James Moon