# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| COLIN KELLY KAUFMAN § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-223 |
| § | |
| CHARLES B. FELDMAN, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **MARCH 18, 2003 AT 2:00 P.M.** | **APRIL 22, 2003 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 14, 2003

TO:     MR. COLIN K. KAUFMAN
        MR. JAMES MOON