# LAW OFFICES OF JAMES P. MOON, PLLC
### ATTORNEYS AND COUNSELORS AT LAW

1666 N. Hampton Rd., Suite 202  
DeSoto, Texas 75115

jpmpllc@sbcglobal.net

Telephone: (469) 567-1530  
Telefax: (469) 567-1533

March 26, 2003

**VIA TELEFAX (361) 888-8172**

Colin K. Kaufman  
1106 Third Street  
Corpus Christi, TX 78404-2312

United States District Court  
Southern District of Texas  
RECEIVED  
APR 0 2 2003  
Michael N. Milby, Clerk

Re:  *Kaufman v. Feldman*, Civil Action No. B-02-223

Dear Colin:

This letter will confirm our telephone conference and agreement of today that you have agreed that the time in which the Defendant in the above-referenced action shall have to file his answer and/or other responsive pleadings shall be extended to April 18, 2003.

By copy of this letter, I have notified the Court of our extension agreement. Thank you for your cooperation in this matter. If you have any questions or need additional information, please don't hesitate to contact me. With kindest regards, I am

Sincerely,

JAMES P. MOON

JPM/

cc:   United States District Clerk  
      600 E. Harrison, 1st Floor  
      Brownsville, TX 78520

      Honorable John Wm. Black  
      United States Magistrate Judge  
      600 E. Harrison, 2nd Floor  
      Brownsville, TX 78520

C:\1Data\JPMPLLC\Feldman\Kaufman32.wpd