JAMES P. MOON
LAW OFFICES OF JAMES P. MOON, PLLC
1666 N. Hampton Rd., Suite 202
DeSoto, TX 75115
(469) 567-1530
(469-567-1533 (Fax)

United States District Court
Southern District of Texas
FILED

APR 18 2003

Michael N. Milby
Clerk of Court

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | BANKRUPTCY CASE NO. |
| CHARLES B. FELDMAN D/B/A | § | 90-01254-B-11 |
| CHARLES FELDMAN INVESTMENTS | § § | CHAPTER 11 |
| DEBTOR | § | |

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN | § § | |
| PLAINITFF | § § | CIVIL ACTION NO. B-02-223 |
| V. | § § | |
| CHARLES B. FELDMAN, et al | § § | |
| DEFENDANTS | § | |

### DEFENDANTS' MOTION FOR REFERRAL TO BANKRUPTCY COURT PURSUANT TO GENERAL ORDER 2002-2

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CHARLES B. FELDMAN ("Feldman"), FELDMAN'S REAL ESTATE, INC. ("FREI"), FELDMAN'S RENTALS ("Rentals"), and CLARA FELDMAN

**PROPERTIES** ("CFP") (Feldman, FREI, Rentals, and CFP being hereafter sometimes referred to collectively as the "Defendants") in the above-entitled and numbered cause and files this their Motion for Referral of Case to Bankruptcy Court (hereafter referred to as the "Motion") requesting this Court, pursuant to General Order 2002-2 to refer this action to the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, as a related case to the pending Chapter 11 proceeding, *In Re Charles B. Feldman, Debtor*, Bankruptcy Case No. 90-01254-B-11 (the "Main Bankruptcy Case"), and in support thereof, would respectfully show the Court as follows:

## JURISDICTION

1. The Court has jurisdiction of the parties and the subject matter hereof pursuant to 28 U.S.C. §1334 since this is a matter involving a case under Title 11, United States Code and a motion to refer this matter to the United States Bankruptcy Court for the Southern District of Texas pursuant to General Order 2002-2 (Referrals to Bankruptcy Judges), entered March 11, 2002 (hereafter referred to as the "General Order") by the Honorable George P. Kazen, Chief Judge, United States District Court, Southern District of Texas.

## BASIS OF MOTION

2. This Motion is brought pursuant to the terms and provisions of the General Order referenced above, as well as the factual allegations and arguments set forth in the Brief filed in connection herewith. The Brief is hereby incorporated herein for all purposes.

## REQUEST FOR REFERRAL TO BANKRUPTCY COURT

3. As more specifically set forth in the factual allegations and the arguments

contained in the Brief filed in support hereof, the Defendants would request that this action be referred to the Bankruptcy Court for the following reasons:

    (a)    As a matter arising under, and relating to, a case under Title 11, United States Code, this matter should be referred pursuant to the terms of the General Order;

    (b)    The First Amended Plan of Reorganization, as confirmed by order of the Bankruptcy Court in the Main Bankruptcy Case, specifically provides for the retention of jurisdiction by the Bankruptcy Court to hear the matters alleged by the Plaintiff herein;

    (c)    The interests of judicial economy require that, based on the above factors, as well as the knowledge and experience of the Bankruptcy Court with this case and the facts surrounding it, this matter should be heard by the Bankruptcy Court; and

    (d)    In order to prevent forum shopping by the Plaintiff and to prevent inconsistent determinations as to matters and conduct already adjudicated by other courts, this matter should be referred to the Bankruptcy Court.

4.    Based on the foregoing and the arguments set forth in the Brief, the Defendants request that the Court, pursuant to the General Order, enter an order referring this matter to the Bankruptcy Court for the reasons set forth above.

WHEREFORE, PREMISES, CONSIDERED, the Defendants respectfully prays that the Court set this matter down for hearing, and that upon hearing hereof, the Court enter its order granting the relief requested herein, and that the Defendants be granted such other and further relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully Submitted,

**LAW OFFICES OF JAMES P. MOON, PLLC**
1666 N. Hampton Rd., Suite 202
DeSoto, TX 75115
(469) 567-1530
(469) 567-1533 (Fax)

By: _____
JAMES P. MOON
State Bar No. 14316300

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Defendants' Motion for Referral to Bankruptcy Court Pursuant to General Order 2002-2 was served on the Plaintiff by telefax, overnight delivery, and/or United States mail, postage prepaid, on this the 17th day of April, 2003.

_____
JAMES P. MOON

C:\lData\JPMPLLC\Feldman\Kaufman\Referral Motion.wpd