/3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO. B-02-223 |
| | § | |
| CHARLES B. FELDMAN, ET AL. | § | |

## ORDER REASSIGNING CASE

The Court Orders that this case be reassigned to the Honorable Hilda G. Tagle, U.S. District Judge. Current settings in this case are canceled.

SIGNED AND ENTERED this 28th day of April, 2003.

Honorable Andrew S. Hanen
United States District Judge