16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| COLIN KELLY KAUFMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-223 |
| § | |
| CHARLES B. FELDMAN, ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on June 5, 2003, the Court **GRANTED** Defendants' Motion For Referral To Bankruptcy Court Pursuant To General Order 2002-2 [Dkt. No. 9]. The Clerk of the Court will transfer this case to the United States Bankruptcy Court for the Southern District of Texas where Bankruptcy Case No. 90-01254-B-11 is pending.

DONE at Brownsville, Texas, this 5th day of June 2003.

Hilda G. Tagle
United States District Judge