United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Colin Kelly KAUFMAN, Plaintiff | |
| v. | |
| Charles B. FELDMAN dba FELDMAN INVESTMENTS, Debtor; and the Feldman Interests, Defendants | Civil Action No. B-02-223 |

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Colin Kelly Kaufman, the plaintiff in the captioned case, and for his Disclosure of Interested Parties, respectfully shows the court that the following parties or their attorneys or both are or may be financially interested in the outcome of this litigation:

| Name of Party | Attorney for Party |
|---|---|
| 1. Charles B. Feldman, Debtor. | James P. Moon, Esq.<br>1600 N. Hampton Rd., Ste. 202<br>DeSoto, TX. 75115<br>Telephone (469) 567-1530<br>Telecopier (469) 567-1533 |
| 2. Michael Boudloche, Plan Trustee | Michael B. Schmidt, Esq.<br>555 No. Carancahua Ste. 1550<br>Corpus Christi, TX. 78478<br>Telephone (361) 884-9949<br>Telecopier (361) 884-6000 |
| 3. CKS Asset Management, Inc. & its principal, Steve Ditto, estate creditor | Matthew A. Rosenstein, Esq.<br>420 American Bk. Plaza<br>Corpus Christi, TX. 78475<br>Telephone (361) 883-5577<br>Telecopier (361) 883-5590<br><br>Richard Grant, Esq.<br>3102 Oak Lawn # 700<br>Dallas, TX. 75219 |

|  |  |
|---|---|
|  | Telephone (214) 777-5081 |
|  | Telecopier (214) 777-5082 |
| 4. Parkwell Investments, Inc., Creditor | Ron Simank, Esq. |
|  | Schauer & Simank, Attys. |
|  | 615 N. Upper Broadway, Ste. 2000 |
|  | Corpus Christi, TX. 78476 |
|  | Telephone (361) 884-2800 |
|  | Telecopier (361) 884-2822 |
| 5. Colin Kelly Kaufman, Former Plan Trustee | Colin Kelly Kaufman, Attorney at Law |
|  | 1106 Third Street 78404-2312 |
|  | PO Box 1662 |
|  | Corpus Christi, TX. 78403-1662 |
|  | Telephone (361) 888-8865 |
|  | Telecopier (361) 888-8172 |

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully asks the Court to hear the captioned case and grant him damages and punitive damages for fraud, and for such other relief as may be fair or just.

Respectfully submitted,

_____
Colin Kelly Kaufman, Plaintiff
State Bar of Texas #  113000
So. Dist. Fed. ID # 9242

Address of Counsel:

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404
PO Box 1662
Corpus Christi, TX. 78403-1662

### Certificate of Service

I certify I had someone at this law office serve the foregoing writing on the persons listed below by U.S. mail, first-class postage prepaid, this 30th day of May, 2003.

_____
Colin Kelly Kaufman

-2-

## Appeal Service List

1.  Mike Schmidt, Esq.
    555 No. Carancahua Ste. 1550
    Corpus Christi, TX. 78478

    Telecopier (361) 884-6000

3.  Matthew A. Rosenstein, Esq.
    420 American Bk. Plaza
    Corpus Christi, TX. 78475

    Telecopier (361) 883-5590

5.  Colin Kelly Kaufman, Esq.
    PO Box 1662
    Corpus Christi, TX. 78403-1662

    Telecopier (361) 888-8172

2.  James P. Moon, Esq.
    1600 No. Hampton Rd., Ste. 202
    DeSoto, TX. 75115

    Telecopier (469) 567-1533

4.  Ron Simank, Esq.
    Schauer & Simank, Attys.
    615 N. Upper Broadway Ste. 2000
    Corpus Christi, TX. 78477

    Telecopier (361) 884-2822